1  MICHELE BECKWITH
   Acting United States Attorney
2  WHITNEE GOINS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:25-CR-00037-DC
12 |                      Plaintiff,  | STIPULATION AND ORDER TO CONTINUE
                                      | STATUS CONFERENCE AND EXCLUDE TIME
13 |        v.                        |
                                      | DATE: April 25, 2025
14 | RICARDO GUTIERREZ                | TIME: 10:00 a.m.
                                      | COURT: Hon. Dena Coggins
15 |                      Defendant.  |

16

17        **IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel,

18 Assistant United States Attorney Whitnee Goins, counsel for plaintiff, and Assistant Federal Defender

19 Douglas Beevers, counsel for defendant Ricardo Gutierrez, that the status conference scheduled for

20 April 25, 2024, be continued to **June 6, 2025, at 9:30 a.m.**, as a status conference/change of plea date.

21        The government recently provided defense counsel with proposed plea agreement terms.

22 Defense counsel will need time to discuss the proposed plea terms with his client. Defense counsel also

23 requires additional time to complete the review of discovery and investigation. The parties have

24 arranged to review the discovery—which cannot be copied—on April 25, 2025. The requested

25 continuance will allow for the time necessary for the defense to conduct its investigation and for the

26 defendant to determine how best to proceed in this case. The parties have a good faith belief that the

27 case will resolve at the next court date.

28 ///

                                        1

1  Accordingly, the parties request that the status conference in this matter be reset for a status
2 conference/change of plea on June 6, 2025.  The parties agree that the ends of justice served by resetting
3 the status conference date outweigh the best interest of the public and the defendant in a speedy trial.
4 Therefore, the parties agree that time is excludable from April 25, 2025 through June 6, 2025, pursuant
5 to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

Dated:  April 10, 2025                               MICHELE BECKWITH
                                                     Acting United States Attorney


                                                     /s/ WHITNEE GOINS
                                                     WHITNEE GOINS
                                                     Assistant United States Attorney


Dated:  April 10, 2025                               /s/ DOUGLAS BEEVERS
                                                     DOUGLAS BEEVERS
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                     RICARDO GUTIERREZ

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for April 25, 2025 is VACATED and a status conference (possible change of plea hearing) is set for June 6, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.   The time period between April 25, 2025, and June 6, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 10, 2025**

_____
Dena Coggins
United States District Judge