1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, # 288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   RICARDO GUTIERREZ
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-0037-DC |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) |
| RICARDO GUTIERREZ, | ) Date: September 12, 2025<br>) Time: 9:30 AM<br>) Judge: Hon. Dena M. Coggins |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Nchekube Onyima, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for RICARDO GUTIERREZ, that the sentencing hearing scheduled for September 12, 2025, at 9:30 a.m., be vacated and the matter continued to September 19, 2025, at 9:30 a.m.

The defense requests the additional time due to having urgent family medical leave he needs to take on September 12, 2025.  This is the first requested continuance of the Sentencing Hearing in this matter.  The AUSA and probation do not object to the continuance.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy sentencing.

////

////

Stipulation and Proposed Order                   -1-

DATED: September 8, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for RICARDO GUTIERREZ

DATED: September 8, 2025

ERIC GRANT
United States Attorney

*/s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy sentencing.

It is further ordered the September 12, 2025 sentencing hearing shall be continued until September 19, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 8, 2025**

_____
Dena Coggins
United States District Judge