ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00037 DC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO SET RESTITUTION HEARING |
| v. | DATE: November 21, 2025 |
| RICARDO GUTIERREZ, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon Dena Coggins. |

**STIPULATION**

Plaintiff United States of America, by and through its attorneys of record, Nchekube Onyima, Special Assistant United States Attorney, and defendant Ricardo Gutierrez, both individually and by and through his counsel of record, Douglas J. Beevers, hereby stipulate as follows:

1. On September 19, 2025, Judgment and Sentencing was held and Gutierrez was sentenced to imprisonment for 292 months, and ordered thereafter to serve a 120 month term of supervised release. (ECF 31).

2. This Court also ordered Gutierrez to pay a $100.00 Special Assessment, a $5,000 JVTA Assessment, and a $5,000 AVAA assessment. Payment of a fine was waived. *Id*.

3. Restitution has yet to be determined in this case.

4. Restitution is mandatory in this case under 18 U.S.C. § 2259(a), and the Court is required to order restitution for the full amount of the victim's compensable losses, as defined by 18 U.S.C. § 2259(b)(3) and (c), that may be proved by the United States or stipulated by the parties.

STIPULATION AND ORDER TO SET
RESTITUTION HEARING

1

5. In the plea agreement agreed to by the parties, Gutierrez agreed to pay restitution for the full amount of the victims' losses including losses related to all matters included as relevant conduct, and agreed that the amount of restitution could be at least $3,000 per victim. Gutierrez also agreed not to oppose bifurcation of the sentencing hearing if the victims' losses are not ascertainable prior to sentencing pursuant to 18 U.S.C. § 3664(d)(5). (ECF 18, p. 3).

6. As of the date of the filing of this stipulation, the victims' losses have yet to be ascertained.

7. As such, the parties request that the Court set a restitution hearing for November 21, 2025.

IT IS SO STIPULATED.

                                            ERIC GRANT
                                            United States Attorney

Dated: September 19, 2025        /s/ NCHEKUBE ONYIMA
                                            NCHEKUBE ONYIMA
                                            Special Assistant United States Attorney

Dated: September 19, 2025        /s/ DOUGLAS J. BEEVERS
                                            DOUGLAS J. BEEVERS
                                            Attorney for Defendant
                                            RICARDO GUTIERREZ

**ORDER**

The court, having received, read and considered the parties' stipulation to set restitution hearing, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, a Restitution Hearing is SET for November 21, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider in connection to the restitution hearing, shall be submitted no later than 12:00 PM (Noon) on November 13, 2025.

IT IS SO ORDERED.

Dated:   **September 22, 2025**

Dena Coggins
United States District Judge

STIPULATION AND ORDER TO SET
RESTITUTION HEARING

3