1  ERIC GRANT
   United States Attorney
2  NCHEKUBE ONYIMA
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           2:25-CR-00037-DC

12 |             Plaintiff,
                                         FINAL ORDER OF FORFEITURE
13 |        v.

14 | RICARDO GUTIERREZ,

15 |             Defendant.

16

17     On or about July 3, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the

18 provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and

19 defendant Ricardo Gutierrez forfeiting to the United States the following property:

20        a.    Apple iPhone 15, IMEI: 355407364156396.

21     Beginning on July 9, 2025, for at least 30 consecutive days, the United States published notice of

22 the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

23 Said published notice advised all third parties of their right to petition the Court within sixty (60) days

24 from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

25 interest in the forfeited property.

26     The Court has been advised that no third party has filed a claim to the subject property, and the

27 time for any person or entity to file a claim has expired.

28

                                    1                                    Final Order of Forfeiture

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Ricardo Gutierrez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  **October 27, 2025**

Dena Coggins
United States District Judge