ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO GUTIERREZ,<br><br>　　　　　　　Defendant. | CASE NO. 2:25-CR-00037 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: November 21, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon Dena Coggins. |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Eric Gant, through Special Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff, and Attorney Douglas J. Beevers, counsel for defendant Ricardo Gutierrez, that the previously-scheduled restitution hearing date of November 21, 2021, be continued to December 5, 2025 at 9:30 a.m, at the defendant's request. Defense counsel is presently in trial and requires additional time to review the request for restitution that have been submitted in this case with his client.

//

//

//

//

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

1

|   |   |
|---|---|
|   | ERIC GRANT<br>United States Attorney |
| Dated: November 13, 2025 | /s/ NCHEKUBE ONYIMA<br>NCHEKUBE ONYIMA<br>Special Assistant United States Attorney |
| Dated: November 13, 2025 | /s/ DOUGLAS J. BEEVERS<br>DOUGLAS J. BEEVERS<br>Attorney for Defendant<br>RICARDO GUTIERREZ |

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 13, 2025, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Restitution Hearing scheduled for November 21, 2025, is VACATED and RESET for December 5, 2025, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider in connection to the Restitution Hearing shall be submitted no later than 12:00 PM (Noon) on November 26, 2025.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

Dena Coggins
United States District Judge