ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RICARDO GUTIERREZ,<br><br>           Defendant. | CASE NO. 2:25-CR-00037 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: December 5, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon Dena Coggins. |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Eric Gant, through Special Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff, and Attorney Douglas J. Beevers, counsel for defendant Ricardo Gutierrez, that the previously-scheduled restitution hearing date of December 5, 2025, be continued to January 23, 2026 at 9:30 a.m, at the defendant's request. Defense counsel has represented to the government that he needs additional time to review the restitution requests submitted by the victims in this case and otherwise prepare for the hearing.

The parties agree to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5). The defendant has provided his consent to continue the hearing.

//

//

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

1

|   |   |
|---|---|
|   | ERIC GRANT<br>United States Attorney |
| Dated: November 24, 2025 | /s/ NCHEKUBE ONYIMA<br>NCHEKUBE ONYIMA<br>Special Assistant United States Attorney |
| Dated: November 24, 2025 | /s/ DOUGLAS J. BEEVERS<br>DOUGLAS J. BEEVERS<br>Attorney for Defendant<br>RICARDO GUTIERREZ |

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

2

**ORDER**

The court, having received, read and considered the parties' stipulation filed on November 24, 2025, and good cause appearing therefrom, GRANTS the parties' request to continue. Accordingly, the Restitution Hearing scheduled for December 5, 2025, is VACATED and RESET for January 23, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties want the court to consider in connection to the Restitution Hearing shall be submitted no later than 12:00 p.m. (Noon) on January 15, 2026.

IT IS SO ORDERED.

Dated: **November 25, 2025**

Dena Coggins
United States District Judge

STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING

3