ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>RICARDO GUTIERREZ,<br><br>     Defendant. | CASE NO.  2:25-CR-00037 DC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: January 23, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Eric Grant, through Special Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff, and Attorney Douglas J. Beevers, counsel for defendant Ricardo Gutierrez, that the previously-scheduled restitution hearing date of January 23, 2026, be continued to March 20, 2026 at 9:30 a.m, at the defendant's request.  Defense counsel has represented to the government that he requires additional time to prepare for the hearing because he is in the process of working with the victims' counsels on investigating and possibly agreeing on a restitution amount.

//

//

//

//

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

1

The parties agree to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5).  The defendant has provided his consent to continue the hearing.

ERIC GRANT
United States Attorney

Dated:  January 14, 2026        /s/ NCHEKUBE ONYIMA
                                NCHEKUBE ONYIMA
                                Special Assistant United States Attorney

Dated: January 14, 2026         /s/ DOUGLAS J. BEEVERS
                                DOUGLAS J. BEEVERS
                                Attorney for Defendant
                                RICARDO GUTIERREZ

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on January 14, 2026 (Doc. No. 42), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Restitution Hearing scheduled for January 23, 2026, is VACATED and RESET for March 20, 2026, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **January 14, 2026**

_____

Dena Coggins
United States District Judge

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

3