HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
RICARDO GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICARDO GUTIERREZ,<br><br>Defendant. | Case No. 2:25-cr-00037-DC-1<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING<br><br>Date: March 20, 2026<br>Time: 9:30 a.m.<br>Judge: Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Special Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Ricardo Gutierrez, that the restitution hearing, currently scheduled for March 20, 2026, be re-set to April 17, 2026 at 9:30 a.m. before Judge Dena Coggins.

Defense Counsel requests the additional time to investigate lost wage claims.  The parties have agreed to stipulate to restitution for 3 victims out of 13 in the amount of $3000 for Audrey, $3000 for Taylor and $3000 for Ali.  The government has no objection to this continuance.

Based upon the foregoing, the parties agree to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5).  The defendant has provided his consent to continue the hearing.

-1-

Respectfully submitted,

Dated:  March 4, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
RICARDO GUTIERREZ

Dated:  March 4, 2026

ERIC GRANT
United States Attorney

*/s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Special Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on March 04, 2026 (Doc. No. 44), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Restitution Hearing scheduled for March 20, 2026, is VACATED and RESET for April 17, 2026, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **March 9, 2026**

Dena Coggins
United States District Judge

-3-