ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>RICARDO GUTIERREZ,<br><br>                 Defendant. | CASE NO.  2:25-CR-00037 DC<br><br>STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING<br><br>DATE: April 17, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney Eric Grant, through Special Assistant United States Attorney Nchekube Onyima, attorney for Plaintiff, and Attorney Douglas J. Beevers, counsel for defendant Ricardo Gutierrez, that the previously-scheduled restitution hearing date of April 17, 2026, be continued to June 24, 2026, at 9:30 a.m, at the parties' request.  The parties request to strike the previous stipulation and proposed order filed at ECF Document Number 46.

There are fifteen victims in this case, and the parties have reached an agreement on the amount of restitution to request for three of those victims.  The parties have failed to reach an agreement with respect to twelve of the victims in this case.  On April 9, 2026, the government received supplemental information for two of the contested victims' restitution requests from the victims' counsel.  This

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

1

supplemental information affects the government's analysis regarding the amount of restitution to request for those victims and the remaining ten contested victims.

As a result of the new information received, the government requires additional time to prepare its analysis with respect to the twelve contested victims in this case.

The parties agree to extend the date of the restitution hearing beyond the 90-day period set forth at 18 U.S.C. § 3664(d)(5).  The defendant has provided his consent to continue the hearing and agrees that mandatory restitution will be ordered in this case pursuant to 18 U.S.C. § 2259.

ERIC GRANT
United States Attorney

Dated:  April 10, 2026

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant United States Attorney

Dated: April 10, 2026

/s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Attorney for Defendant
RICARDO GUTIERREZ

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

2

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on April 10, 2026 (Doc. No. 47), and good cause appearing therefrom, APPROVES the stipulation. Accordingly, the Restitution Hearing scheduled for April 17, 2026 is VACATED and RESET for June 24, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **April 15, 2026**

_____
Dena Coggins
United States District Judge

STIPULATION AND ORDER TO CONTINUE
RESTITUTION HEARING

3