HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
RICARDO GUITERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25-cr-00037-DC-1 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE RESTITUTION HEARING |
| v. | |
| RICARDO GUITERREZ, | Date: June 24, 2026 |
| | Time: 9:30 AM |
| Defendants. | Judge: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Nchekube Onyima, Assistant United States Attorney, attorneys for the United States of America, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for RICARDO GUITERREZ, that the restitution hearing scheduled for June 24, 2026, at 9:30 a.m., be continued to July 29, 2026, at 9:30 a.m.

The defense requests this continuance because defense counsel is near settlement of one of the more complicated restitution claims brought by a victim in this case. Defense counsel also has a family emergency that makes him unavailable on June 24, 2026.   The Probation Officer in this case does not object to the continuance.

////

////

////

////

Stipulation and ~~Proposed~~ Order                     -1-

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: June 16, 2026    */s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for RICARDO GUITERREZ

ERIC GRANT
United States Attorney

DATED: June 16, 2026    */s/ Nchekube Onyima*
NCHEKUBE ONYIMA
Assistant United States Attorney
Attorneys for the United States

Stipulation and ~~Proposed~~ Order                                -2-

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on June 16, 2026 (Doc. No. 50), and good cause appearing therefrom, APPROVES the parties' request to continue the Restitution Hearing. Accordingly, the Restitution Hearing scheduled for June 24, 2026 is VACATED and RESET for July 29, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. Any briefing the parties' want the court to consider shall be filed no later than 12:00 PM (Noon) on July 22, 2026.

IT IS SO ORDERED.

Dated:    **June 17, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and ~~Proposed~~ Order                    -3-